Charles L. Matthews, Administrator of Estate of George W. Solomon, Deceased, Appellant, v. Franklin Life Insurance Company of Springfield, Appellee.

Gen. No. 9,226.

opinion filed July 15, 1940. L. G. Pefferle, for appellant; James C. Jones and Lawrence Hoff, for appellee. Opinion by JUSTICE FULTON. ''Not to be published in full.''